UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 00518
   GULZAR WALIA
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES
         Debtor
   SSN XXX-XX-6468
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/11/07 and confirmed on 06/22/07.

   2.  The case was dismissed after confirmation, 06/27/2008.

   3.  The Debtor paid a total of $ 10647.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BANK OF NEW YORK | CURRENT MORTG | .00 | .00 | .00 |
| BANK OF NEW YORK | MORTGAGE ARRE | 4021.09 | .00 | 4021.09 |
| TOYOTA MOTOR CREDIT CORP | SECURED VEHIC | 14929.00 | 793.48 | 2688.08 |
| AT & T | UNSECURED | NOT FILED | .00 | .00 |
| BALLYS TOTAL FITNESS | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 436.92 | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | UNSECURED | 2475.48 | .00 | .00 |
| CBE GROUP | UNSECURED | NOT FILED | .00 | .00 |
| CHARTER ONE | UNSECURED | NOT FILED | .00 | .00 |
| STATE OF MARYLAND | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 686.62 | .00 | .00 |
| DISH NETWORK | UNSECURED | NOT FILED | .00 | .00 |
| FOX VALLEY DERMATOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1946.44 | .00 | .00 |
| LELAND SCOTT & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| QUEST DIAGNOSTICS | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | 400.00 | .00 | .00 |
| T MOBILE USA | UNSECURED | 297.25 | .00 | .00 |
| US DEPARTMENT OF EDUCATI | UNSECURED | 2737.71 | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | REIMBURSEMENT | 243.00 | .00 | 243.00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| THE CHICAGO DEPT OF REVE | UNSECURED | 1160.00 | .00 | .00 |
| ILL DEPT OF EMPLOYMENT S | UNSECURED | 811.00 | .00 | .00 |

          Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 18950.09 | 243.00 | 10951.42 | .00 | 30144.51 |

```
PRINCIPAL PAID              6709.17         243.00          .00          .00       6952.17
INTEREST PAID                793.48            .00          .00          .00        793.48
TOTAL PAID                  7502.65         243.00          .00          .00       7745.65
```
The Debtor's attorney, ROBERT J SEMRAD & ASSOC      , was allowed $   3132.00 and was paid $   2500.00 .

The Trustee received $    401.35 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 09/10/08                /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE